# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134990

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v                                                    SC: 134990
                                                     COA: 279290
                                                     Marquette CC: 05-043176-FH

BRIAN SCOTT ANDERSON,
          Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the August 30, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2007

Clerk

d1119